UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24461-BLOOM/Otazo-Reyes

WINDY LUCIUS,

    Plaintiff,

v.

APM.MC USA, INC. d/b/a APM MONACO,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [13] ("Notice"), filed on January 4, 2021. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [13]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 4, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 20-cv-24461-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record